**Order entered April 27, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00245-CV

## IN THE INTEREST OF J.C., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-00345W**

## ORDER

We **GRANT** appellants Luis Campuzano and Mary McEvoy's April 23, 2015 first request for extension of time to file brief and **ORDER** the brief be filed no later than May 29, 2015. Because this is an accelerated appeal in a parental termination case, no further extensions will be granted absent exigent circumstances.


/s/    CRAIG STODDART
        JUSTICE